# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

S.M., FATHER OF A.A.M., A CHILD,

    Appellant,

 v.

Case No.  5D22-2678
LT Case No. 2020-DP-015

DEPARTMENT OF CHILDREN AND FAMILIES,

    Appellee.

_____/

Decision filed January 31, 2023

Appeal from Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Gregg R. Brennan, of Law Offices of
Gregg R. Brennan, P.A., Summerfield,
for Appellant.

Stephanie C. Zimmerman, Deputy Director
and Statewide Director of Appeals, of
Children's Legal Services, Bradenton, and
Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of
Appeals, and Caitlin E. Burke, Senior
Attorney, of Statewide Guardian ad Litem
Office, Tallahassee, for Guardian ad Litem
Program.

PER CURIAM.

  AFFIRMED.

MAKAR, WALLIS and SOUD, JJ., concur.